UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLARENCE and TAMMY FROST, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BRONNER'S CHRISTMAS, LLC,<br><br>Defendant. | Case No. 25-cv-375 (LMP/LIB)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice (ECF No. 10). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated: May 13, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge